# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

**FILED**
JAMES J. VILT, JR. - CLERK
APR 10 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Toni Ann Fisher
_____
_____
(Full name of the Plaintiff(s) in this action)

v.

Louisville Metro Correction facility
_____
_____
_____
(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:23CV171-DJH
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(__) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Toni Fisher

Place of Confinement: Louisville Metro Jail

Address: 400 S. 6th Street Louisville KY 40202

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Roger Clark__ is employed as __Sergent__ at __Louisville metro correction__

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(2) Defendant __Lacey love__ is employed as __Correctional officer__ at __Louisville Metro__

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(3) Defendant __Natasha Jensen__ is employed as __Correctional officer__ at __Louisville Metro Corrections__

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(4) Defendant __Kevin lamkin__ is employed as __officer/PSV__ at __Louisville metro__

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(5) Defendant __Brian Berry__ is employed as __sergent__ at __Lousuille Ky__.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (__) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

Court (if federal court, name the district. If state court, name the county): _____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

III.  STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

8th Amendment - Cruel unusual punishment

On the day of September 24, 2021 I was placed into a dry cell which was a elevator hold over with No toliet for exactly four days, until September 28, 2021. I asked to call my attorney for at least twoof them days and my attorney came Sept. 28 I told him they have taken everything but a Jumpsuit and housed in the central hold over for a four day period I asked to use the bathroom and wouldnt let me have a bed(mat) bedroll for them days while there investagation went on and I was given toliet paper in Central hold and I used the bathroom on the floor and after the fact they wrote me up

4

### III. STATEMENT OF CLAIM(S) continued

For using the bathroom on the floor and yet there was no toilet to access for them four days. Their drycell didn't have a bunk area a toilet nothing but a bench the area I was placed for them 4 days was inhuman I felt exposed and violated. Inmate Alexandria Penny 00530939 was my observer inmate, 101 while being housed in Central hold for them four days.

Witnesses that seen me housed in Central hold elevator area that will testify on my behalf

Dusty Collins #00499098
Corisha Brown #00555805
Labrissa Keith #00592617
Krister Gibson #00590886
Rebecca Pyles #00573312
Breanna Brown 00636026 and more they was incarcerated at that time.

I understand it was a reasoning behind this but violating my rights and the inhuman feeling, embarrasment was uncalled for. Lmdc report #115488 states the course of 4 day

IV.  RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__√__ award money damages in the amount of $ _____

__√__ grant injunctive relief by _____

__√__ award punitive damages in the amount of $ _____

_____ other: _____

V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 16 day of March, 2013   _____
                             (Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6




Toni A Fisher
400 S. 6th Street
Louisville KY 40202

JAIL MAIL
UNCENSORED
Louisville Metro Corrections Department
Not Responsible

601 W. Broadway Rm 106
Gene Snyder United States Courthouse
Louisville KY 40202

FILED
JAMES J. VILT, JR. - CLERK
APR 10 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY